No. 60401.—Astra Trading Corp. et al. *v.* United States, protests 239188–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

No. 60402.—The American Import Co. *v.* United States, protest 250520–K (San Francisco).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

No. 60403.—Alltransport, Incorporated *v.* United States, protest 264432–K (New York).

Opinion by WILSON, J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

No. 60404.—Intercontinental Kid Corporation *v.* United States, protest 270851–K (New York).

Opinion by WILSON, J.   An examination of the official papers disclosing that the protest was untimely, same was dismissed.